UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

CHRISTOPHER DAVIS,

    Defendant.

No. 25-CR-19-01-SM-TSM

## INDICTMENT

The Grand Jury charges:

**Count One**
**21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), & 846**
**Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance**

Beginning on a date unknown and continuing to on or about May 24, 2023, in the Districts of New Hampshire, the defendant,

**CHRISTOPHER DAVIS**

knowingly and willfully combined, conspired, confederated, and agreed with persons known and unknown to the Grand Jury, to distribute and to possess with the intent to distribute a controlled substance, specifically, 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(viii), and 846.

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the charged offense and any

property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the charged offenses.

A TRUE BILL

Dated: March 26, 2025                     /s/ Foreperson_____
                                          Foreperson of the Grand Jury

JOHN MCCORMACK
Acting United States Attorney
District of New Hampshire


By:  /s/Heather A. Cherniske_____
     Heather A. Cherniske
     Assistant United States Attorneys